CRAIG CARPENITO
United States Attorney
KRUTI D. DHARIA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: (973) 645-2891
kruti.dharia@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIHARONID PUELLO,<br><br>    *Plaintiff,*<br><br>v.<br><br>MEGAN J. BRENNAN, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE,<br><br>    *Defendant.* | HON. CLAIRE C. CECCHI<br><br>*Civil Action No.* 18-13714 (CCC) (CLW)<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

TO:   William T. Walsh, Clerk

   Please take notice of the below substitution of attorney on behalf of the Defendant in the above-captioned matter. The mailing address and telephone number of the superseding attorney are as indicated above.

s/ *Ben Kuruvilla*
BEN KURUVILLA
Assistant U. S. Attorney
Withdrawing Attorney

s/ *Kruti D. Dharia*
KRUTI D. DHARIA
Assistant U. S. Attorney
Superseding Attorney

Dated: February 18, 2020