

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

___

RACHAEL A. HONIG
ACTING UNITED STATES ATTORNEY

*Angela E. Juneau*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
angela.juneau@usdoj.gov

*main: (973) 645-2700*
*direct: (862) 240-2409*

January 27, 2021

**Via Electronic Filing**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  Re: *Puello v. United States Postal Service, et al.*
     Civil Action No. 18-13714 (CCC)(CLW)

Dear Judge Waldor:

  I am the Assistant United States Attorney representing Defendant the United States Postal Service in this case. I respectfully write to request a stay of expert discovery so that Defendant may file a motion for summary judgment.

  The parties have now completed fact discovery. Before expending time and resources on expert discovery, which will go solely to the issue of damages, Defendant intends to file a motion for summary judgment on the issue of liability. Counsel for Plaintiff declined his consent to our request to stay expert discovery for this purpose. Accordingly, Defendant requests that the Court stay expert discovery so that Defendant may file a motion for summary judgment. Further, given that I am new to this case, I ask that the motion not be due until April.

  I thank the Court for its consideration of this request.

                                                Respectfully submitted,

                                                RACHAEL A. HONIG
                                                Acting United States Attorney

                            By:    *s/ Angela E. Juneau*
                                                ANGELA E. JUNEAU
                                                Assistant United States Attorney

cc:  Joseph Rakofsky, Esq. (via electronic filing)